UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANNE PRETSCHER-JOHNSON,<br><br>                   Plaintiff,<br>     v.<br><br>AURORA BANK FSB, et al,<br><br>                  Defendants. | Case No.: 12-cv-5817 PSG<br><br>**ORDER RE: QUALITY LOAN SERVICE CORP.'S CONSENT OR DECLINATION TO MAGISTRATE JURISDICTION** |

On December 4, 2012, Defendant Quality Loan Service Corp. ("Quality") filed a "Declaration of Non-Monetary Status" pursuant to California Civil Code Section 2924l and has indicated to the court that it will not participate further in this action.[1] "Section 2924l sets forth a type of pleading available to state court litigants who are trustees under deeds of trust."[2] Fed. R. Civ. P. 7(a) and 12, however, govern pleadings in federal court.[3] "Accordingly, Rule 7 and Rule 12, not [Section} 2924l, provide the proper procedural mechanisms in federal court."[4] Because Quality cannot rely on Section 2924l in this court, it is not excused from participation in this suit.

---

[1] *See* Docket No. 3.

[2] *MB Financial Bank, N.A. v. Trek Equipment Corp.*, Case No. 12-cv-4973 NC, 2012 WL 6217650, at *2 (N.D. Cal. Dec. 13, 2012).

[3] *See id.*

[4] *Id.*

1

Case No.: 12-5817 PSG
ORDER

Defendants Aurora Bank, FSB, Aurora Loan Services, Mortgage Electronic Recording Systems, and Nationstar Mortgage LLC have filed a motion to dismiss Plaintiff Marianne Pretscher-Johnson's complaint.[5] The hearing for that motion is scheduled for March 19, 2013. Those defendants and Pretscher-Johnson have consented to this court's jurisdiction; Quality has not. Quality shall file its consent or declination to this court's jurisdiction no later than 5:00 p.m. on Friday, March 15, 2012.

**IT IS SO ORDERED.**

Dated: March 14, 2013

PAUL S. GREWAL
United States Magistrate Judge

---

[5] *See* Docket No. 10.

Case No.: 12-5817 PSG
ORDER

2