United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANNE PRETSCHER-JOHNSON, <br><br> Plaintiff, <br> v. <br><br> AURORA BANK FSB, et al, <br><br> Defendants. | Case No.: 12-cv-5817 PSG <br><br> **ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> **(Re: Docket No. 24)** |

On March 27, 2013, Defendant Quality Loan Services Corp. ("QLSC") and Plaintiff Marianne Pretscher-Johnson ("Pretscher-Johnson") stipulated to extend time to respond to Pretscher-Johnson's first amended complaint ("FAC"). On March 15, 2013, however, Pretscher-Johnson filed a second amended complaint ("SAC") on which she intends to proceed in this case.[1] The court currently is considering whether to give her leave to amend to file the SAC.

Because determination of that motion will confirm on which complaint the case will move forward, QLSC should not respond until after the court has made that decision. The court therefore orders QLSC to respond to the operative complaint, as determined by the court in the forthcoming order on Pretscher-Johnson's motion for leave to amend, no later than fourteen days after the court issues its decision.

---

[1] *See* Docket Nos. 18, 23.

1

Case No.: 12-5817 PSG
ORDER

**IT IS SO ORDERED.**

Dated:  April 4, 2013

                                      PAUL S. GREWAL
                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

Case No.: 12-5817 PSG
ORDER