UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANNE PRETSCHER-JOHNSON, | Case No.: 12-5817 PSG |
| Plaintiff, | **ORDER DISSOLVING ORDER TO SHOW CAUSE** |
| v. | |
| AURORA BANK FSB, et al, | |
| Defendants. | |

The court has received Plaintiff Marianne Pretscher-Johnson's ("Plaintiff") written response to the court's June 12, 2013 order to show cause for Plaintiff's failure to appear at a hearing on June 11, 2013 or to respond to a motion to dismiss her first amended complaint. Plaintiff explained that she failed to appear because the court had not yet issued a decision on whether she should be permitted to file a second amended complaint. Given Plaintiff's response, the court dissolves the order to show cause and instead will issue a decision regarding the second amended complaint without oral argument. The parties need not appear at the hearing set for July 2, 2013.

**IT IS SO ORDERED.**

Dated: July 1, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 12-5817
ORDER