UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANNE PRETSCHER-JOHNSON,<br><br>                Plaintiff,<br><br>v.<br><br>AURORA BANK FSB, et al,<br><br>                Defendants. | Case No.: 12-5817 PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

The court has received Plaintiff Marianne Pretscher-Johnson's ("Plaintiff") written response to the court's June 12, 2013 order to show cause for Plaintiff's failure to appear at a hearing on June 11, 2013 or to respond to a motion to dismiss her first amended complaint. Plaintiff explained that she failed to appear because the court had not yet issued a decision on whether she should be permitted to file a second amended complaint. Given Plaintiff's response, the court dissolves the order to show cause and instead will issue a decision regarding the second amended complaint without oral argument. The parties need not appear at the hearing set for July 2, 2013.

**IT IS SO ORDERED.**

Dated: July 1, 2013

                                                  PAUL S. GREWAL<br>                                                United States Magistrate Judge